1

2

3

UNITED STATES DISTRICT COURT FOR THE
4    WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
5

6   RUKAYAT ADETOUN ELEGBEDE, *et al.*,          No. 2:21-cv-801-RSL

7                              Plaintiffs,       **JOINT STIPULATION AND**
         v.                                      **ORDER OF DISMISSAL**
8

9   TRACY RENAUD, *et al.*,

                                Defendants.
10

11      WHEREAS Plaintiffs filed the Complaint on June 11, 2021, requesting the Court to compel

12   Defendant United States Citizenship and Immigration Services ("USCIS") to set aside the denial of

    their I-130 petition and issue a decision on Plaintiffs' appeal within 15 days.  Dkt. No. 1.

13      WHEREAS the Board of Immigration Appeals issued a decision on Plaintiffs' appeal on July

14   27, 2021.  Subsequently, USCIS approved their I-130 petition.

        WHEREAS the parties agree that Plaintiffs' Complaint should be dismissed without
15
    prejudice with each party to bear their own fees and costs.
16
        NOW THEREFORE, the parties, through their respective counsel of record, do hereby
17   stipulate and agree, and respectfully request, that the Court make and enter the following order:

        Plaintiff's Complaint is DISMISSED without prejudice.
18   //

19   //

    //
20
    //
21   //

22

23
    STIPULATION AND ORDER OF DISMISSAL                          UNITED STATES ATTORNEY
    2:21-cv-801-RSL                                          700 STEWART STREET, SUITE 5220
    PAGE– 3                                                  SEATTLE, WASHINGTON 98101
                                                                   (206) 553-7970

1

2   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3
    DATED: August 17, 2021                    *s/ Minda A. Thorward*
4                                             MINDA A. THORWARD, WSBA #47594
                                              Thorward Immigration Law, PLLC
5                                             5600 C Rainier Ave S, Ste. 208
                                              Seattle, WA 98118
6                                             Phone: 206-607-7976
                                              Email: thorwardlaw@gmail.com
7
                                              *Attorney for Plaintiffs*
8

9   DATED: August 17, 2021                    *s/ Michelle R. Lambert*
                                              MICHELLE LAMBERT, NYS #4666657
10                                            Assistant United States Attorney
                                              United States Attorney's Office
11                                            1201 Pacific Ave, Suite 700
                                              Tacoma, WA 98402
12                                            Phone: (253) 428-3824
                                              Email: michelle.lambert@usdoj.gov
13                                            *Attorney for Defendants*

14

15                              **<u>ORDER</u>**

16      The parties having so stipulated and agreed, the Court hereby ORDERS that the Complaint

17  shall be dismissed without prejudice with each party to bear their own fees and costs.

18
        Dated this 18th day of August, 2021.
19

20                              *ROBERT S. LASNIK*
                                ROBERT S. LASNIK
21                              United States District Court Judge

22

23
    STIPULATION AND ORDER OF DISMISSAL                UNITED STATES ATTORNEY
    2:21-cv-801-RSL                                   700 STEWART STREET, SUITE 5220
    PAGE– 3                                            SEATTLE, WASHINGTON 98101
                                                      (206) 553-7970